UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| T.G. AND E.G., *minors and their parent, Tracy Masters*; and TRACY MASTERS,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BOARD OF TRUSTEES; BILLINGS ELEMENTARY SCHOOL DISTRICT NO. 2; BILLINGS HIGH SCHOOL DISTRICT NO. 2; GREG UPHAM, *in his individual capacity as Superintendent of the Billings Public School District'*, and JANNA HAFER, RUSSELL HALL, JENNIFER HOFFMAN, MIKE LEO, SCOTT MCCULLOCH, GRETA BESCH MOEN, ZACK TERAKEDIS, BRIAN YATES, CRAIG VAN NICE, and TANYA LUDWIG, *all in their individual capacities and in their capacities as members of the Billings Public School District Board of Education*,<br>　　　　　　　Defendants. | Case No. CV-21-111-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Judgment is entered in favor of Defendants and against Plaintiffs pursuant to Fed. R. Civ. P. 58 and as stated in the Court's Order, E.C.F. 13.

Dated this 25th day of July, 2022.

                TYLER P. GILMAN, CLERK

                By: /s/ E.Hamnes
                E.Hamnes, Deputy Clerk